**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THOMAS E. GIRON, | ) | 3:09-cv-00126-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICHARD GARCIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#21) filed on June 2, 2010, in which the magistrate judge recommends that this court enter an order denying plaintiff's motion for summary judgment (#13) and denying defendants' motion to dismiss (#9). No objections to the report and recommendation have been filed, and the time for filing any objections has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C.

1

1  § 636 and applicable case law, and good cause appearing, the court
2  hereby ADOPTS AND ACCEPTS the report and recommendation of the
3  United States Magistrate Judge (#21). Accordingly, the plaintiff's
4  motion for summary judgment (#13) is denied, and the defendants'
5  motion to dismiss (#9) is denied.
6       DATED: This 19th day of July, 2010.

           _____
           UNITED STATES DISTRICT JUDGE